United States Bankruptcy Court
District of Puerto Rico

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/12/2020 at 5:48 PM and filed on 11/12/2020.

VOTA, INC.
400 CALLE BETANCES
LAS CATALINAS MALL FC-190
CAGUAS, PR 00725
Tax ID / EIN: 66-0800108



The case was filed by the debtor's attorney:

HECTOR E. PEDROSA
P O BOX 9023963
SAN JUAN, PR 00902-3963
787-920-7983

The case was assigned case number 20-04434-7.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.prb.uscourts.gov or at the Clerk's Office, Jose V Toledo Fed Bldg & US Courthouse, 300 Recinto Sur Street, Room 109, San Juan, PR 00901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

MARIA DE LOS ANGELES
GONZALEZ
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/12/2020 17:51:03 | | | |
| **PACER Login:** | hp0849:3142909:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 20-04434-7 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |