THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **VOTA INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**URBAN EDGE CAGUAS LP**<br><br>Defendants. | **Civil No. 20-1634 (ADC)** |

## **JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued an Opinion and Order on September 30, 2021.

Therefore, pursuant to the Court's Opinion and Order, judgment is hereby entered dismissing the case with prejudice.

**IT IS SO ORDERED AND ADJUDGED,**

At San Juan, Puerto Rico, on this 30th day of September 2021.

                                          MARIA ANTONGIORGI-JORDAN, ESQ.
                                          Clerk of Court

                                          By: S/Cristina Dones-Taylor
                                          Cristina Dones-Taylor, Deputy Clerk